ACCEPTED
03-15-00252-CV
5513161
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/2/2015 3:23:50 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00252-CV

**IN THE**
**THIRD COURT OF APPEALS**
**OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/2/2015 3:23:50 PM
~~JEFFREY D. KYLE~~
Clerk

**DR. BEHZAD NAZARI, D.D.S., ET AL**

*Appellant*,

**v.**

**THE STATE OF TEXAS**

*Appellees,*

**v.**

**ACS STATE HEALTHCARE, LLC**

*Appellees.*

**On Appeal from the 53rd District Court, Travis County, Texas**
**Cause No. D-1-GV-14-005380**

**UNOPPOSED MOTION TO EXTEND TIME**
**TO FILE APPELLANTS' BRIEF ON THE MERITS**

TO THE HONORABLE JUDGES OF THE THIRD COURT OF APPEALS:

COME NOW, Appellants, Dr. Behzad Nazari, D.D.S., et al, and file this, their Unopposed Motion to Extend Time to File Appellants' Brief on the Merits, and would show as follows:

The Appellants' Brief on the Merits is due June 4, 2015. Appellants respectfully request an extension of fifteen days to file their collective brief. The Appellant Dental Group consists of over 15 entities, represented at the underlying

trial by six law firms. The review and revision of Appellants' brief by various trial counsels is anticipated to take more time than is currently available under the appellate briefing deadlines. In addition, lead counsel on this appeal has recently engaged another law firm with expertise in the hyperlinking and technical aspects of appellate e-filings to assure that the brief complies with the appellate filing rules and is easy to navigate electronically.

Appellants' trial counsel and appellate counsel expect to complete their review of the brief and filing preparations within a week to ten days. An extension of time would permit Appellants to prepare a more complete and technically comprehensive response. This is the Appellants' first request for an extension and is unopposed by Appellees.

### PRAYER

For this reason, Appellants request that the deadline for the filing of the Brief of the Merits in this case be extended to June 19, 2015.

_____
Jason Ray
**RIGGS & RAY, P.C.**
700 Lavaca, Suite 920
Austin, Texas 78701
Telephone: (512) 457-9806
Facsimile: (512) 457-9866
E-mail: jray@r-alaw.com

**ATTORNEY FOR DR. BEHZAD NAZARI, D.D.S. D/B/A ANTOINE DENTAL CENTER, DR. BEHZAD NAZARI, HARLINGEN FAMILY DENTISTRY, P.C. A/K/A PRACTICAL BUSINESS SOLUTIONS, SERIES LLC, JUAN D. VILLARREAL D.D.S., SERIES PLLC D/B/A HARLINGEN FAMILY DENTISTRY GROUP, DR. JUAN VILLARREAL, RICHARD F. HERRSCHER, D.D.S., M.S.D., P.C., DR. RICHARD F. HERRSCHER, M & M ORTHODONTICS, PA, DR. SCOTT MALONE, DR. DIANA MALONE, MICHELLE SMITH, NATIONAL ORTHODONTIX, MGMT., PLLC, DR. JOHN VONDRAK, RGV SMILES BY ROCKY SALINAS, D.D.S. PA, AND DR. ROCKY SALINAS.**

## CERTIFICATE OF CONFERENCE

I hereby certify that on this date, I conferred with Raymond Winter, counsel for the State of Texas, and Eric Nichols, counsel for Xerox, and they do not oppose this motion.

_____
Jason Ray

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served via e-service on the 2nd day of June, 2015 on the following:

### *Counsel for Plaintiff State of Texas*

Raymond C. Winter
Chief, Civil Medicaid Fraud Division
Reynolds B. Brissenden
Assistant Attorney General
**Office of the Attorney General**
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:  (512) 936-1709
Facsimile:  (512) 936-0674
E-mail: raymond.winter@texasattorneygeneral.gov
E-mail: reynolds.brissenden@texasattorneygeneral.gov

### *Counsel for Xerox Corporation, et al.*

Robert C. Walters
**Gibson, Dunn, & Crutcher, LLP**
2100 McKinney Avenue, Suite 1100
Dallas, Texas  75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900
E-mail:  RWalters@gibsondunn.com

W. Curt Webb
Constance H. Pfeiffer
**Beck Redden, LLP**
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile:  (713) 951-3720
E-mail: cwebb@beckredden.com
E-mail:  cpfeiffer@beckredden.com

Eric J. R. Nichols
Christopher R. Cowan
**Beck Redden, LLP**
515 Congress Avenue, Suite 1750
Austin, Texas  78701
Telephone:  (512) 708-1000
Facsimile:  (512) 708-1002
E-mail: enichols@beckredden.com
E-mail: ccowan@beckredden.com

### *Counsel for Defendants/Third-Party Plaintiffs*

Richard B. Pecore
**LILES PARKER, PLLC**
3400 N. McColl Rd., Suite F-35
McAllen, Texas 78501
Telephone: (202) 298-9750
Facsimile: (202) 337-5804
E-mail: rpecore@lilesparker.com
*Counsel for RGV Smiles by Rocky Salinas,*
*DDS PA, and Dr. Rocky Salinas*

Robert M. Anderton
Mark J. Hanna
**Law Offices of Hanna & Anderton**
900 Congress Avenue, Suite 250
Austin, Texas 78701
Telephone: (512) 477-6200
Facsimile: (512) 477-1188
E-mail: andertonr@msn.com
E-mail: mhanna@markjhanna.com
*Counsel for Richard F. Herrscher, DDS,*
*MMSC, PC and Dr. Richard F. Herrscher*

J.A. "Tony" Canales
**CANALES & SIMONSON, P.C.**
2601 Morgan Ave.
P.O. Box 5624
Corpus Christi, Texas 78465-5624
Telephone: (361) 883-0601
Facsimile: (361) 884-7023
E-mail:
tonycanales@canalessimonson.com
*Counsel for M&M Orthodontics, P.A.,*
*Dr. Scott Malone, Dr. Diana Malone,*
*Michelle Smith, National Orthodontix*
*Mgmt., PLLC and Dr. John Vondrak*

Oscar X. Garcia
**Law Offices of Oscar X. Garcia**
302 Kings Highway, Suite 112
Brownsville, Texas 78521
Telephone: (956) 554-3000
Facsimile: (956) 554-3248
E-mail: oxgarcia@aol.com
*Counsel for Dr. Vivian Teegardin*

Philip H. Hilder
William B. Graham
**Hilder & Associates, PC**
819 Lovett Boulevard
Houston, Texas 77006
Telephone: (713) 234-1416
Facsimile: (713) 655-9112
E-mail: philip@hilderlaw.com
E-mail: will@hilderlaw.com
*Counsel for Dr. Wael Kanaan*

Jason Ray